**MICHAEL E. MECHILL, CSBN: 268409**
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 371-6200
Facsimile: (916) 371-2011
Email: michael@mechill-law.com

Attorney for **Plaintiffs**,
David Merino, Steve Maranville,
Kara Merino, Brenda Maranville

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MERINO; STEVE MARANVILLE; KARA MERINO; BRENDA MARANVILLE,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**EL DORADO HILLS COUNTY WATER DISTRICT; and DOES 1-50,**<br><br>    **Defendants.** | No.   2:10-CV-02152-LKK-DAD<br><br>**REQUEST FOR STAY FOR SIXTY DAYS & ORDER** |

   NOW COME Plaintiffs, and each of them, by and through their counsel of record, hereby submit this Request to Stay the above action pending the outcome of an arbitration proceeding with Defendant, their employer.

   WHEREAS, Plaintiffs filed a Complaint against Defendant in the United States District Court Eastern District of California, on August 11, 2010.

   WHEREAS, Plaintiffs' Complaint in the federal court action was served on Defendant September 24, 2010.

   WHEREAS, Plaintiffs, Steve Maranville and David Merino, have participated in

an arbitration proceeding with Arbitrator Morris Davis with their employer, the Defendant in this action, and in which Mr. Davis has yet to render his decision;

WHEREAS, the Arbitrator's decision is relevant to issues in this case;

WHEREAS, an arbitration decision pending before Mr. Davis, which relates to whether the Plaintiffs were terminated/demoted for good and proper cause, is expected within the next sixty days;

WHEREAS, Plaintiff, Steve Maranville has open complaints before the California Department of Fair Employment and Housing and the Federal Equal Employment Opportunity Commission (DFEH # E201011E-0079-se; EEOC # 37AB0079-00-se), for which resolution is expected within 60 days.

WHEREAS, Plaintiffs' counsel has met and conferred with Defendant's counsel, William J. Gorham III, and have agreed a stay is in the best interest of the parties and judicial economy;

THEREFORE, Plaintiffs request a stay of this action for sixty days until December 15, 2010 for the Defendant to file a responsive pleading.

October 13, 2010                           LAW OFFICE OF MICHAEL E. MECHILL

                                                /s/ Michael E. Mechill
                                                Michael E. Mechill
                                                Attorney for Plaintiffs

**IT IS SO ORDERED:**

Dated:  October 15, 2010

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT