**MICHAEL E. MECHILL, CSBN: 268409**
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 371-6200
Facsimile: (916) 371-2011
Email: michael@mechill-law.com

Attorney for **Plaintiffs**,
David Merino, Steve Maranville,
Kara Merino, Brenda Maranville

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MERINO; STEVE MARANVILLE; KARA MERINO; BRENDA MARANVILLE,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**EL DORADO HILLS COUNTY WATER DISTRICT; and DOES 1-50,**<br><br>    **Defendants.** | No.   2:10-CV-02152-LKK-DAD<br><br>**REQUEST FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE & ORDER** |

NOW COME Plaintiffs, and each of them, by and through their counsel of record, hereby submit this Request to Continue the STATUS (PRETRIAL SCHEDULING) CONFERENCE.

WHEREAS, Plaintiffs filed a Complaint against Defendant in the United States District Court Eastern District of California, on August 11, 2010.

WHEREAS, Plaintiffs' Complaint in the federal court action was served on Defendants September 24, 2010.

WHEREAS, This court has ordered a STATUS (PRETRIAL SCHEDULING)

**Request for Continuance of Pretrial Scheduling Conference**
- 1 -

CONFERENCE for November 1, 2010 at 11:00 a.m. before Judge Karlton, in chambers/courtroom no. 4.

    WHEREAS, Plaintiffs have requested and have been granted a Stay for Sixty Days, pending the outcome of an arbitration proceeding with the Defendant, their employer.

    WHEREAS, Plaintiffs, Order for Sixty Day Stay extends until December 15, 2010 for Defendants to respond to Plaintiffs complaint.

    THEREFORE, Plaintiffs request a Continuance of the Status (Pretrial Scheduling) Conference.  The status conference is reset to January 18, 2011 at 2:30 p.m.  Status reports shall be filed fourteen (14) days prior to the status conference.

October 18, 2010                LAW OFFICE OF MICHAEL E. MECHILL

                                      /s/ Michael E. Mechill
                                      Michael E. Mechill
                                      Attorney for Plaintiffs

**IT IS SO ORDERED:**

Dated:  October 20, 2010.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT