**MICHAEL E. MECHILL, CSBN: 268409**
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 371-6200
Facsimile: (916) 371-2011
Email: michael@mechill-law.com

Attorney for **Plaintiffs**,
David Merino, Steve Maranville,
Kara Merino, Brenda Maranville

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MERINO; STEVE MARANVILLE; KARA MERINO; BRENDA MARANVILLE,**<br><br>　　**Plaintiffs,**<br><br>vs.<br><br>**EL DORADO HILLS COUNTY WATER DISTRICT; and DOES 1-50,**<br><br>　　**Defendants.** | No.   **2:10-CV-02152-LKK-DAD**<br><br>**ORDER FOR STAY FOR NINETY DAYS & CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

ORDER FOR STAY AND

CONTINUANCE OF STATUS CONFERENCE

WHEREAS, this Court finds that Michael E. Mechill, Attorney for Plaintiffs herein, has filed and served a REQUEST FOR NINETY DAY STAY AND CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE;

WHEREAS, Plaintiffs are participating in an arbitration proceeding;

WHEREAS, the arbitration proceeding may be relevant to issues in this case;

//

**Order to Stay Action & Continue Status Conference**
**- 1 -**

WHEREAS, the arbitrator is out on a medical absence until March 31, 2011;

WHEREAS, the arbitrator may need additional time upon his return from his medical absence to render his decision;

WHEREAS, Plaintiff Steve Maranvilles' complaint before California Department of Fair Employment and Housing has been closed, with a Right to Sue Notice issued;

WHEREAS, Plaintiff Maranvilles' complaint before the Federal Equal Employment Opportunity Commission has been forwarded to the Department of Justice for action;

WHEREAS, Plaintiffs' counsel have met and conferred with Defendants' counsel William J. Gorham III, and have agreed a STAY and a CONTINUANCE is in the best interest of the parties and judicial economy;

THEREFORE IT IS SO ORDERED, Plaintiffs request for (1.) a STAY of this action for an additional NINETY DAYS until April 15, 2011, for the Defendants to file a responsive pleading and (2.) an additional CONTINUANCE of the STATUS (PRETRIAL SCHEDULING) CONFERENCE until May 16, 2011 at 1:30 p.m.

Dated: February 9, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order to Stay Action & Continue Status Conference
- 2 -