UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MERINO; STEVE MARANVILLE; KARA MERINO; BRENDA MARANVILLE,

        Plaintiffs,

    v.

EL DORADO HILLS COUNTY WATER DISTRICT; and DOES 1-50,

        Defendants.
                                       /

NO. CIV. S-10-2152 LKK/DAD

O R D E R

Pending before the court in the above captioned case is defendant's motion to dismiss (Doc. No. 27), which is currently set to be heard on August 29, 2011. Due to court congestion, the court CONTINUES the hearing to September 12, 2011 at 10:00 AM. The deadline for the filing of a reply brief, if any, is unchanged.

    IT IS SO ORDERED.

    DATED: August 17, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1