UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MERINO; STEVE MARANVILLE; KARA MERINO; BRENDA MARANVILLE,

        Plaintiffs,

    v.

EL DORADO HILLS COUNTY WATER DISTRICT; and DOES 1-50,

        Defendants.

        NO. CIV. S-10-2152 LKK/DAD

O R D E R

1. Defendant's dismissal motion – as it relates to plaintiffs' procedural due process claim – presented matters outside the complaint. (Dkt. No. 27-2). Plaintiff has not objected to the court's consideration of those materials. The court believes that those materials should not be excluded, and indeed are appropriate for consideration, as they may be pertinent to the merits of the procedural due process claim. Accordingly, defendant's motion is hereby **CONVERTED** to a summary judgment motion pursuant to Fed. R. Civ. P. 12(d).

1

1       2.   Plaintiffs shall have until September 22, 2011 to present materials and briefing in opposition to defendant's converted summary judgment motion and to the materials submitted with it (namely, the Bair Declaration and its Exhibits).  Defendant shall have until October 6, 2011 to present materials and briefing in Reply.

         3.   No party shall provide any further briefing or materials on any other claim in the complaint or any other matter raised in the original dismissal motion.

         4.   The hearing previously scheduled for September 12, 2011 is hereby **RESCHEDULED** to October 24, 2011, at 10:00 am.  At that time the court will hear argument on the converted summary judgment motion, and on all other matters raised in the original dismissal motion.

         IT IS SO ORDERED.

         DATED: September 8, 2011.

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT