**WILLIAM J. GORHAM III, SB No. 151773**
**MAYALL HURLEY**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
Email: wgorham@mayallaw.com

Attorneys for Defendant,
El Dorado Hills County Water District

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MERINO; STEVE MARANVILLE; KARA MERINO; BRENDA MARANVILLE,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**EL DORADO HILLS COUNTY WATER DISTRICT; and DOES 1-50,**<br><br>    **Defendants.** | No.  2:10-CV-02152-LKK-DAD<br><br>**STIPULATED PROTECTIVE ORDER** |

In order to preserve and maintain the confidentiality of documents consisting of or related to privacy rights of employees of El Dorado Hills County Water District, counsel for El Dorado Hills County Water District and counsel for Plaintiffs David Merino and Steve Maranville agree and stipulate to the following. (Plaintiffs and Defendant are individually referred to as a "Party." Plaintiffs and Defendant are collectively referred to as the "Parties.")

   1.   This Stipulated Protective Order governs the production and handling of internal documents that refer, relate to, or name present and past employees of Defendant El Dorado Hills County Water District who are not named in this action.

**Stipulated Protective Order**
**Page 1 of 3**

2. All documents that refer, relate to, or name present and past employees of Defendant who are not named in this action produced to the Parties shall be used only in the litigation of the lawsuit entitled David Merino; et al. v. El Dorado Hills County Water District; et al., Case No. 2:10-CV-02152-LKK-DAD, and in no other action, civil, administrative, or for any improper purpose.

3. All documents that refer, relate to, or name present and past employees produced to the Parties shall not, without leave of court, be communicated, in any way, to anyone other than this Court, the Parties in this action and their counsel, paralegals and secretaries, except as produced herein. Each party in this action and its counsel shall be advised of, and bound, by the terms of this Order.

4. The Parties and their counsel agree that counsel may show the documents referenced in paragraph 1 to the Parties and may use them at deposition, in motions, and at trial. However, the Parties' counsel shall not give the Parties, or anyone else, copies of any such document, except to experts, investigators, and/or consultants who agree to the terms of this Order and the return of the documents at the conclusion of this case.

5. Communication of the contents of the documents pursuant thereto to persons who are assisting counsel in the preparation and trial of this action, and to persons who may be called upon to testify in the action with respect to the documents or information contained therein, shall be permitted, provided that, before obtaining access to such documents or information, each such person shall be advised that the matters in those documents should not be discussed outside the context of the action.

6. The Parties and their counsel agree that the documents referenced in paragraph 1 will be used only for purposes of this litigation and that all such documents, and any copies of them, will be returned to Defendant El Dorado Hills County Water District's counsel at the end of this litigation.

//

_____
**Stipulated Protective Order**
**Page 2 of 3**

Dated: 2/17/12                    MAYALL HURLEY, P.C.

By_____/s/_____
WILLIAM J. GORHAM III, Attorneys for
Defendant, El Dorado Hills County Water District

Dated: 2/17/12                    CHOUDHARY LAW OFFICE

By_____/s/_____
JOEL RAPAPORT, Attorneys for Plaintiffs,
DAVID MERINO and STEVE MARANVILLE

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 17, 2012

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\merino2152.stip.protord

_____
**Stipulated Protective Order**
**Page 3 of 3**