UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MERINO; STEVE
MARANVILLE; KARA MERINO;
BRENDA MARANVILLE,

                            NO. CIV. S-10-2152 LKK/DAD

    Plaintiffs,

    v.
                                O R D E R

EL DORADO HILLS COUNTY
WATER DISTRICT; and
DOES 1-50,

    Defendants.
_____/

    Plaintiffs David Merino and Steve Maranville, together with defendant El Dorado Hills County Water District, have stipulated to the dismissal of this lawsuit with prejudice. Their proposed order calls for the dismissal of "the entire action, <u>as to each and every party</u>, with prejudice" (ECF No. 50) (emphasis added).

    However, the stipulation is not signed on behalf of plaintiffs Kara Merino and Brenda Maranville (the spouses of the dismissing plaintiffs), who have asserted Loss of Consortium claims. If the parties intend to dismiss the entire lawsuit as to "each and every

1

party," their stipulation must include each and every party, which the submitted one does not.[1]

Accordingly, the stipulated dismissal will not be approved in its current form.

IT IS SO ORDERED.

DATED: November 27, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] If the parties deliberately omitted the dismissing plaintiffs' spouses from the stipulated dismissal, the stipulation must make that clear (however, in that case, the court will likely dismiss those spouses' state Loss of Consortium claims sua sponte for lack of federal jurisdiction).

2