# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MERINO; STEVE MARANVILLE; KARA MERINO; BRENDA MARANVILLE,** | No.  2:10-CV-02152-LKK-DAD |
| **Plaintiffs,** | **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| **vs.** | [Filed Concurrently With: Stipulation for Dismissal] |
| **EL DORADO HILLS COUNTY WATER DISTRICT; and DOES 1-50,** | |
| **Defendants.** | |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every party, with prejudice

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

DATED:  November 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT